# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL T. KEISER,** | : | Civil No. 1:15-CV-450 |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| | : | |
| v. | : | |
| | : | |
| **THE BOROUGH OF CARLISLE,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of February, 2017, for the reasons set forth in the court's separately issued Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion for summary judgment (Doc. 35.) is DENIED.

IT IS FURTHER ORDERED THAT the parties shall meet and confer to develop a mutually convenient proposed pre-trial and trial schedule. The parties shall submit the proposed schedule to the court on or before **Friday, March 10, 2017**.

The court shall convene a telephone conference with the parties on **Wednesday, March 15, 2017, at 10:00 a.m.**. The plaintiff shall be responsible for placing a call to the court at 717-614-4120 once all parties are on the line.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge